| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

Type name, address, phone number of applicant here
Ronald Gainor
6414 Fairways Drive
Longmont, CO. 80503
(303) 448-9646

FILED
2008 FEB -5  P 1:01
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

CASE NO. CR-07-00788-JF/PVT

Plaintiff(s),

v.

BRANDI C. AYCOCK

**APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Defendant(s).

Pursuant to Civil L.R. 11-3, _Ronald Gainor_, an active member in good standing of the bar of _District of Colorado & Southern District Florida_, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing _Brandi C. Aycock_ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Jerry Y. Fong, P.O. Box 1040, Palo Alto, CA. 94302-1040 (650) 328-5510

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/3/2008

RONALD GAINOR Esq.