**Filed**

2008 FEB -5 PM 1:02

FEB - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CASE NO. CR-07-00788-JF/PVT |
| Plaintiff(s), | (~~Proposed~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| BRANDI C. AYCOCK | |
| Defendant(s). | |

RONALD GAINOR, an active member in good standing of the bar of Federal District of Colorado whose business address and telephone number (particular court to which applicant is admitted) is

901 19th Street, Room A105
Denver CO 80294-3589
(303) 844-3433

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Brandi C. Aycock.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 2-5-08

_____
United States District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California