Ronald Gainor, Esq.
Florida Bar No.
6414 Fairways Drive
Longmont, CO 80503
Telephone: (303) 448-9646
Facsimile: (303) 447-0930
E-Mail: gains_2000@hotmail.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br><br>BRANDI AYCOCK,<br><br>     Defendant. | **CASE NO.: CR-07-00788-JF-7**<br><br><br>**NOTICE OF APPEARANCE** |

Ronald Gainor, Esq. hereby enters his appearance as counsel on behalf of the Defendant, Brandi Aycock, in the above-referenced case, and request that copies of all future orders, process, pleadings and other filings in this matter be served upon them by facsimile, U.S. Mail or electronic transmission at the numbers and address listed below. Counsel would note that the business address listed in the order approving pro hac vice appearance (see doc# 24 filed 2/5/2008) was incorrect and should be deleted on the docket in favor of the office address listed in these pleadings.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

**RONALD GAINOR**
Counsel for Defendant, Brandi Aycock
Florida Bar No. 0606960
6414 Fairways Drive
Longmont, CO 80503
Telephone: (720) 201-3036
Facsimile: (303) 447-0930
E-Mail: gains_2000@hotmail.com

*By: s/ Ronald Gainor (pro hac vice)*
    Ronald Gainor, Esq.
    Florida Bar Number 0606960

And

Jerry Y. Fong, Esq.
Co-Counsel for Defendant, Brandi Aycock
P.O. Box 1040
Palo Alto, CA. 94302
Telephone: (650) 328-5510
Facsimile:  (650) 853-3632
Email: jf@careyandcareylaw.com

NOTICE OF APPEARANCE

**PROOF OF SERVICE BY E-MAIL OR ELECTRONIC TRANSMISSION**

STATE OF COLORADO, COUNTY OF BOULDER

I am employed in the County of Boulder, State of Colorado; I am over the age of 18 years and not a party to this action. My business address is 6414 Fairways Drive, Longmont, CO 80503

On February 11, 2008, I served the following document described as:

**NOTICE OF APPEARANCE**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below:

**Jeffrey David Nedrow, Esq., US Attorney's Office**
**Lead Attorney for Plaintiff**
**Email Address: jeffnedrow@usdoj.gov**

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x] (Federal)  I am a member of the Bar for the State of Florida and admitted *Pro Hac Vice* in the Northern District of California. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 11th, 2008, in Boulder County, Colorado.

*s/ Ronald Gainor (pro hac vice)*