rev. 9/6/07

Case 5:07-cr-00788-JF   Document 33   Filed 02/13/2008   Page 1 of 1
DOCUMENTS UNDER SEAL ☐   TOTAL TIME (mins): 21 min.

| MAGISTRATE JUDGE MINUTE ORDER | | DEPUTY CLERK<br>Corinne Lew | | REPORTER/FTR<br>FTR | |
|---|---|---|---|---|---|
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | | DATE<br>2/13/08 | | NEW CASE<br>☐ | CASE NUMBER<br>CR -07-00788 JF |

### APPEARANCES

| DEFENDANT<br>Brandi Aycock | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ronald Gainor and Jerry Fong | PD. ☐  RET. ☒<br>APPT. ☐ |
|---|---|---|---|---|---|

| U.S. ATTORNEY<br>Jeff Nedrow | INTERPRETER | FIN. AFFT<br>SUBMITTED ☐ | COUNSEL APPT'D ☐ |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>J. Carranza | DEF ELIGIBLE FOR<br>APPT'D COUNSEL ☐ | PARTIAL PAYMENT<br>OF CJA  FEES ☐ |
|---|---|---|---|

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>15 mn. | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT<br>6 min. | ☐ BOND HEARING | ☐ INITIAL APPEAR<br>REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☒ ARRAIGNED ON<br>INDICTMENT | ☒ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED | | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|---|---|
| ☐ CASH   $ | | | | |

| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☐ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT<br>ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>2/13/08 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☒ STATUS /<br>TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ OTHER |
| BEFORE HON.<br>Jeremy Fogel | ☐ DETENTION<br>HEARING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

### ADDITIONAL PROCEEDINGS