RONALD GAINOR, ESQ. (FLORIDA STATE BAR MEMBER)
6414 FAIRWAYS DRIVE
LONGMONT, CO 80503
(303) 448-9646
(303) 447-0930

JERRY Y. FONG, ESQ. (CALIFORNIA SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant BRANDI AYCOCK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 07-00788 JF/PVT |
| Plaintiff, ) | [PROPOSED] ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS FOR DEFENDANT BRANDI AYCOCK. |
| vs. ) | |
| AMIT M. EZYONI, BRANDI C. AYCOCK, Et. Al., ) | |
| Defendants. ) | |

Pursuant to the agreement between the United States of America and Defendant Brandi C. Aycock, through their respective counsel, and good cause appearing herein, it is hereby ordered that Defendant Brandi C. Aycock's pretrial release conditions shall be modified as follows:

1. Ms. Aycock shall be permitted, without restrictions, to travel to and from the Middle District of Florida to visit her family;

2. To attend to business matters, Ms. Aycock shall be permitted to travel to and from Chicago, Illinois, between February 27, 2008 and March 5, 2008;  to and from Orlando, Florida, between May 29, 2008 and June 4, 2008;  and to and from Las Vegas,

1  Nevada, between June 25, 2008 and July 5, 2008.

3       It is so ordered.

6  DATED:                                   _____
                                            MAGISTRATE-JUDGE OF THE UNITED
7                                           STATES DISTRICT COURT