RONALD GAINOR, ESQ. (FLORIDA SBN 0606960)
6414 FAIRWAYS DRIVE
LONGMONT, CO 80503
(303) 448-9646
(303) 447-0930
gains_2000@hotmail.com

JERRY Y. FONG, ESQ. (CALIFORNIA SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax
jf@careyandcareylaw.com

Attorneys for Defendant BRANDI AYCOCK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   CR 07-00788 JF/PVT |
| Plaintiff, | ASSOCIATION OF COUNSEL FOR DEFENDANT BRANDI C. AYCOCK |
| vs. | |
| AMIT M. EZYONI, BRANDI C. AYCOCK, Et. Al., | |
| Defendants. | |

RONALD GAINOR, ESQ., being the attorney of record for BRANDI C. AYCOCK, Defendant herein, hereby associates JERRY Y. FONG, ESQ., as co-counsel for BRANDI C. AYCOCK in the above-entitled matter.  The office address and telephone number of such associated counsel are as shown above.

///

///

///

JERRY Y. FONG, ESQ., requests that copies of all future orders, process, pleadings and other filings in this matter be served upon him by the same means as the other counsel and parties to this litigation.

DATED: February 19, 2008        /S/
RONALD GAINOR, Attorney for
Defendant BRANDI C. AYCOCK

DATED: February 19, 2008        /S/
JERRY Y. FONG, Attorney for
Defendant BRANDI C. AYCOCK