RONALD GAINOR, ESQ. (FLORIDA STATE BAR MEMBER)
6414 FAIRWAYS DRIVE
LONGMONT, CO 80503
(303) 448-9646
(303) 447-0930

JERRY Y. FONG, ESQ. (CALIFORNIA SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant BRANDI AYCOCK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO.   CR 07-00788 JF/PVT |
|---|---|
| Plaintiff, | DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE APPLICATION FOR WAIVER OF PERSONAL APPEARANCE |
| vs. | |
| AMIT M. EZYONI, BRANDI C. AYCOCK, Et. Al., | Date:     4/2/08<br>Time:     9:00 am |
| Defendants. | |

I, JERRY Y. FONG, declare:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California. I am the one of the attorneys of record for Defendant BRANDI C. AYCOCK in the above-captioned matter.

2. Ms. AYCOCK lives in Florida. Because the appearance on April 2, 2008 is a status hearing, she has requested that her personal presence be waived. The cost and time of traveling to San Jose would create a hardship on Ms. AYCOCK for a hearing in which her presence is not necessary.

3. I spoke with Assistant U.S. Attorney Jeffrey Nedrow regarding Ms.

1  AYCOCK'S presence at the status date.  He advised that he has no objection to
2  excusing the Defendant's personal appearance on April 2, 2008.
3      4.    Under F.R.Cr.P. 43(c), a Defendant need not be present when the
4  proceeding involves only a conference or hearing upon a question of law.
5      5.    Accordingly, I respectfully request that the Court grant Ms.
6  AYCOCK'S request to be excused from the April 2, 2008 hearing.
7      I declare under the penalty of perjury under the laws of the State of
8  California that the foregoing is true and correct, and that this declaration is
9  made on ___March 11___, 2008 at Palo Alto, California.

                                    _____/s/_____
                                    JERRY Y. FONG