RONALD GAINOR, ESQ. (FLORIDA STATE BAR MEMBER)
6414 FAIRWAYS DRIVE
LONGMONT, CO 80503
(303) 448-9646
(303) 447-0930

JERRY Y. FONG, ESQ. (CALIFORNIA SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant BRANDI AYCOCK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>AMIT M. EZYONI, BRANDI C. AYCOCK, Et. Al.,<br><br>　　　Defendants. | CASE NO.   CR 07-00788 JF/PVT<br><br>[PROPOSED]<br>ORDER WAIVING DEFENDANT'S<br>PERSONAL APPEARANCE<br><br>Date:    4/2/08<br>Time:    9:00 am |

UPON APPLICATION of the Defendant, BRANDI C. AYCOCK, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant BRANDI C. AYCOCK'S personal appearance at the status hearing date of April 2, 2008 is hereby waived under F.R.Cr.P. 43(c).

IT IS SO ORDERED.

DATED: _____, 2008   _____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

ORDER WAIVING DEFENDANT'S PERSONAL APPEARANCE