1  RONALD GAINOR, ESQ. (FLORIDA STATE BAR MEMBER)
   6414 FAIRWAYS DRIVE
2  LONGMONT, CO 80503
   (303) 448-9646
3  (303) 447-0930

4  JERRY Y. FONG, ESQ. (CALIFORNIA SBN 99673)
   CAREY & CAREY
5  706 COWPER STREET
   P.O. BOX 1040
6  PALO ALTO, CA  94302-1040
   650/328-5510
7  650/853-3632 fax

8  Attorneys for Defendant BRANDI AYCOCK

9

10              UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,            CASE NO.   CR 07-00788 JF/PVT
14
         Plaintiff,
15                                       [PROPOSED]
   vs.                                   ORDER WAIVING DEFENDANT'S
16                                       PERSONAL APPEARANCE
   AMIT M. EZYONI, BRANDI C.
17 AYCOCK, Et. Al.,                      Date:      4/2/08
                                         Time:      9:00 am
18       Defendants.

19

20       UPON APPLICATION of the Defendant, BRANDI C. AYCOCK, and good

21 cause appearing therefore,

22       IT IS HEREBY ORDERED that Defendant BRANDI C. AYCOCK'S personal

23 appearance at the status hearing date of April 2, 2008 is hereby waived under

24 F.R.Cr.P. 43(c).

25       IT IS SO ORDERED.

26

27 DATED: _____3/26/08_____, 2008
                                   UNITED STATES DISTRICT COURT JUDGE
28                                 JEREMY FOGEL