RONALD GAINOR, ESQ. (FLORIDA STATE BAR MEMBER)
6414 FAIRWAYS DRIVE
LONGMONT, CO 80503
(303) 448-9646
(303) 447-0930

JERRY Y. FONG, ESQ. (CALIFORNIA SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant BRANDI AYCOCK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>AMIT M. EZYONI, BRANDI C. AYCOCK, Et. Al.,<br><br>　　　Defendants. | CASE NO.　CR 07-00788 JF/PVT<br><br><u>EX PARTE</u> APPLICATION FOR WAIVER OF DEFENDANT'S <u>PERSONAL APPEARANCE</u><br><br>Date:　　8/13/08<br>Time:　　10:00 am |

The Defendant, BRANDI C. AYCOCK, through her attorney, JERRY Y. FONG, hereby applies to this Court for an order under F.R.Cr.P. 43(c) waiving her personal appearance at the status hearing on August 13, 2008.

DATED: February 14, 2008　　　Respectfully submitted,

　　　　　　　　　　　　　　　　CAREY & CAREY


　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　JERRY Y. FONG, Attorneys for
　　　　　　　　　　　　　　　Defendant BRANDI C. AYCOCK