RONALD GAINOR, ESQ. (FLORIDA STATE BAR MEMBER)
6414 FAIRWAYS DRIVE
LONGMONT, CO 80503
(303) 448-9646
(303) 447-0930

JERRY Y. FONG, ESQ. (CALIFORNIA SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant BRANDI AYCOCK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AMIT M. EZYONI, BRANDI C. AYCOCK, Et. Al.,<br><br>    Defendants. | CASE NO.   CR 07-00788 JF/PVT<br><br>DECLARATION OF COUNSEL IN SUPPORT OF <u>EX PARTE</u> APPLICATION FOR WAIVER OF <u>PERSONAL APPEARANCE</u><br><br>Date:     8/13/08<br>Time:    10:00 am |

I, JERRY Y. FONG, declare:

1.I am an attorney at law, duly licensed to practice before all courts of the State of California.  I am the one of the attorneys of record for Defendant BRANDI C. AYCOCK in the above-captioned matter.

2.Ms. AYCOCK lives in Florida.  Because the appearance on August 13, 2008 is a status hearing, she has requested that her personal presence be waived.  The cost and time of traveling to San Jose would create a hardship on Ms. AYCOCK for a hearing in which her presence is not necessary.

3.Also, she had just traveled to the Bay Area with her counsel, Ron

1  Gainor, to review discovery at the U.S. Attorney's office, thinking that she
2  would also appear for the August 6, 2008 hearing.  Now that the August 6
3  hearing has been continued to August 13, she cannot afford to stay here for
4  another week or make a second trip so soon.

5      4.    I spoke with Assistant U.S. Attorney Jeffrey Nedrow regarding Ms.
6  AYCOCK'S presence at the status date.  He advised that he has no objection to
7  excusing the Defendant's personal appearance on August 13, 2008.

8      5.    Under F.R.Cr.P. 43(c), a Defendant need not be present when the
9  proceeding involves only a conference or hearing upon a question of law.

10      6.    Accordingly, I respectfully request that the Court grant Ms.
11  AYCOCK'S request to be excused from the August 13, 2008 hearing.

12  I declare under the penalty of perjury under the laws of the State of
13  California that the foregoing is true and correct, and that this declaration is
14  made on ___August 8___, 2008 at Palo Alto, California.

18                          /s/
                     JERRY Y. FONG