1  RONALD GAINOR, ESQ. (FLORIDA STATE BAR MEMBER)
   6414 FAIRWAYS DRIVE
2  LONGMONT, CO 80503
   (303) 448-9646
3  (303) 447-0930

4  JERRY Y. FONG, ESQ. (CALIFORNIA SBN 99673)
   CAREY & CAREY
5  706 COWPER STREET
   P.O. BOX 1040
6  PALO ALTO, CA  94302-1040
   650/328-5510
7  650/853-3632 fax

8  Attorneys for Defendant BRANDI AYCOCK

9

10                  UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,           CASE NO.   CR 07-00788 JF/PVT
14
          Plaintiff,
15                                      [PROPOSED]
   vs.                                  ORDER WAIVING DEFENDANT'S
16                                      PERSONAL APPEARANCE
   AMIT M. EZYONI, BRANDI C.
17 AYCOCK, Et. Al.,                     |     Date:     8/13/08
                                        Time:      10:00 am
18        Defendants.

19

20        UPON APPLICATION of the Defendant, BRANDI C. AYCOCK, and good

21 cause appearing therefore,

22        IT IS HEREBY ORDERED that Defendant BRANDI C. AYCOCK'S personal

23 appearance at the status hearing date of August 13, 2008 is hereby waived

24 under F.R.Cr.P. 43(c).

25        IT IS SO ORDERED.

26

27 DATED:  _____, 2008  _____
                                     UNITED STATES DISTRICT COURT JUDGE
28