1  RONALD GAINOR, ESQ. (FLORIDA STATE BAR MEMBER)
   6414 FAIRWAYS DRIVE
2  LONGMONT, CO 80503
   (303) 448-9646
3  (303) 447-0930

4  JERRY Y. FONG, ESQ. (CALIFORNIA SBN 99673)
   CAREY & CAREY
5  706 COWPER STREET
   P.O. BOX 1040
6  PALO ALTO, CA  94302-1040
   650/328-5510
7  650/853-3632 fax

8  Attorneys for Defendant BRANDI AYCOCK

FILED
JAN 2  2009

10             UNITED STATES DISTRICT COURT
11         FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                   SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO.   CR 07-00788 JF/PVT |
|---|---|
| Plaintiff, | STIPULATION RE TRAVEL REQUEST OF BRANDI AYCOCK AND [~~proposed~~] ORDER THEREON |
| vs. | |
| AMIT M. EZYONI, BRANDI C. AYCOCK, Et. Al., | |
| Defendants. | |

   IT IS HEREBY STIPULATED, by and between JEFFREY D. NEDROW, ESQ., attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ., counsel for Defendant BRANDI AYCOCK, that Ms. AYCOCK be allowed to travel outside of the Northern District of California, on January 30, 2009 and return on February 3, 2009, in order to attend the ISSE show for business purposes. Ms. AYCOCK's employer, Hotheads, is an exhibitor at this conference.

   Mr. AYCOCK's pretrial services officer, Carol Sirotto, has indicated that she has no objection to this travel.  Ms. Sirotto has complete details of where Ms. AYCOCK will be staying and how to reach her during her stay in Los

1 | Angeles.
2 |     IT IS SO STIPULATED.
3 |
4 | DATED: January 19, 2009      CAREY & CAREY
5 |
6 |          /s/
7 |     JERRY Y. FONG Attorneys for Defendant BRANDI AYCOCK
8 |
9 | DATED: __1/19__, 2009      UNITED STATES OF AMERICA
10 |
11 |          /s/
12 |     JEFFREY D. NEDROW, Attorneys for Plaintiff

## ORDER

GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, it is hereby ordered, adjudged, and decreed, that BRANDI AYCOCK be allowed to travel to and from Los Angeles, California, from January 30, 2009 through February 3, 2009.

DATED: __1/20/09__, 2009

PATRICIA V. TRUMBULL
MAGISTRATE-JUDGE OF THE
U.S. DISTRICT COURT