CHAMBERS COPY

1  RONALD GAINOR, ESQ. (FLORIDA STATE BAR MEMBER)
   6414 FAIRWAYS DRIVE
2  LONGMONT, CO 80503
   (303) 448-9646
3  (303) 447-0930

4  JERRY Y. FONG, ESQ. (CALIFORNIA SBN 99673)
   CAREY & CAREY
5  706 COWPER STREET
   P.O. BOX 1040
6  PALO ALTO, CA  94302-1040
   650/328-5510
7  650/853-3632 fax

8  Attorneys for Defendant BRANDI AYCOCK

RECEIVED OCT 02 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

FILED OCT 02 2009

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMIT M. EZYONI, BRANDI C. AYCOCK, Et. Al.,<br><br>Defendants. | CASE NO.  CR 07-00788 JF/PVT<br><br>STIPULATION RE TRAVEL REQUEST OF BRANDI AYCOCK AND [proposed] ORDER THEREON |

IT IS HEREBY STIPULATED, by and between JEFFREY D. NEDROW, ESQ., attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ., counsel for Defendant BRANDI AYCOCK, that Ms. AYCOCK be allowed to travel outside of the Northern District of California, as follows:

   1.   October 30, 2009 from Ft. Lauderdale, Florida, to San Juan, Puerto Rico, to attend the San Juan Puerto Rico Beauty Show, for business, and returning to Ft. Lauderdale on November 2, 2009.

///

///

Ms. AYCOCK's pretrial services officer, Carol Sirotto, has indicated that she has no objection to this travel. Ms. Sirotto has complete details of where Ms. AYCOCK will be staying and how to reach her during this trip.

IT IS SO STIPULATED.

DATED: October 1, 2009      CAREY & CAREY

_____/s/_____
JERRY Y. FONG Attorneys for
Defendant BRANDI AYCOCK

DATED: 10/1, 2009      UNITED STATES OF AMERICA

_____/s/_____
JEFFREY D. NEDROW, Attorneys
for Plaintiff

## ORDER

GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, it is hereby ordered, adjudged, and decreed, that BRANDI AYCOCK be allowed to travel from Ft. Lauderdale, Florida on October 30, 2009 to San Juan, Puerto Rico; returning on November 2, 2009.

IT IS SO ORDERED.

DATED: 10/2, 2009      _____
PATRICIA V. TRUMBULL
MAGISTRATE-JUDGE OF THE
U.S. DISTRICT COURT