1 | RONALD GAINOR, ESQ. (FLORIDA STATE BAR MEMBER)
6414 FAIRWAYS DRIVE
2 | LONGMONT, CO 80503
(303) 448-9646
3 | (303) 447-0930

4 | JERRY Y. FONG, ESQ. (CALIFORNIA SBN 99673)
CAREY & CAREY
5 | 706 COWPER STREET
P.O. BOX 1040
6 | PALO ALTO, CA  94302-1040
650/328-5510
7 | 650/853-3632 fax

OCT 07 2009

8 | Attorneys for Defendant BRANDI AYCOCK

9

10 | UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,          CASE NO.   CR 07-00788 JF/PVT

15 |          Plaintiff,               STIPULATION RE TRAVEL
REQUEST OF BRANDI AYCOCK
16 | vs.                               AND [proposed] ORDER THEREON

17 | AMIT M. EZYONI, BRANDI C.
AYCOCK, Et. Al.,

18 |          Defendants.

19

20 |          IT IS HEREBY STIPULATED, by and between JEFFREY D. NEDROW, ESQ.,

21 | attorney for the UNITED STATES OF AMERICA, and JERRY Y. FONG, ESQ.,

22 | counsel for Defendant BRANDI AYCOCK, that Ms. AYCOCK be allowed to travel

23 | on October 13, 2009 from Ft. Lauderdale, Florida, to Charleston, South Carolina

24 | and returning on the same day, to attend a meeting that relates to her

25 | business, Hotheads Hair Extensions.

26 |          Ms. AYCOCK's pretrial services officer, Carol Sirotto, has indicated to my

27 | co-counsel, Ronald Gainer, Esq., that she has no objection to this travel.

28 |          IT IS SO STIPULATED.

1  DATED:  October 6, 2009        CAREY & CAREY

2

3                                          /s/
                                   JERRY Y. FONG Attorneys for
4                                  Defendant BRANDI AYCOCK

5

6  DATED:  ___10/6___, 2009       UNITED STATES OF AMERICA

7

8                                          /s/
                                   JEFFREY D. NEDROW, Attorneys
9                                  for Plaintiff

10

11

12                              <u>ORDER</u>

13      GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the

14  parties, it is hereby ordered, adjudged, and decreed, that BRANDI AYCOCK be

15  allowed to travel from Ft. Lauderdale, Florida on October 13, 2009 to

16  Charleston, South Carolina; returning on the same day.

17      IT IS SO ORDERED.

18

19  DATED:  10/7/09  , 2009        _____

20                                 PATRICIA V. TRUMBULL
                                   MAGISTRATE-JUDGE OF THE
21                                 U.S. DISTRICT COURT

22

23

24

25

26

27

28