# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br>v.<br><br>AMIT EZYONI, *et al.*,<br><br>    *Defendant*. | **CASE NO.: CR-07-00788-JF/PVT-7**<br><br>**ORDER CONTINUING STATUS DATE** |

THIS CAUSE came before the Court upon the Stipulation between the parties, and after the Court being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that the Court finds the time between September 9, 2010 and September 23, 2010, is excludable from the Speedy Trial Act requirements of Title 18 USC § 3161 pursuant to 18 USC §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendants in an earlier status conference specifically based upon the availability of all parties.  For these reasons, there is good cause for the continuance and failure to grant the continuance would unreasonably deny the government and the Defendants reasonable time necessary for effective case preparation taking into account the exercise of due diligence under 18 USC 3161(h)(8)(B)(iv).  All Defendants must be present at the status conference on September 23, 2010.

DONE and ORDERED this 28th day of July 2010, in Chambers.

_____
JEREMY FOGEL
United States District Judge

{M2710224;1}