VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Defendant Eduardo Subirats

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00788 JF |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | STATUS DATE; |
| vs. ) | [PROPOSED] ORDER |
| ) | |
| AMIT EZYONI, et.al. ) | |
| ) | |
| Defendants. ) | |

    It is hereby stipulated between the United States of America, by and through Assistant United States Attorneys Jeffrey D. Nedrow, and defendants Asaf Nass, Limor Gefen, Daniel Rangel, Randy Goldberg, Brandi Aycock, David Lamondin, Stuart Sheinfeld, Christopher Sariol, and Eduardo Subirats, by and through their respective defense counsel, that the status date of September 23, 2010, be continued to December 16, 2010, at 10:00 a.m.

    The reason for this continuance is that government completed the scanning of the final set of discovery earlier this month, and the production has not yet been converted to a database accessible to defense counsel. Once the conversion has been completed and distributed, defense counsel will need time to review the new production. Therefore the ends of justice served by such a continuance

STIP AND [PROPOSED] ORDER

1  outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of
2  Title 18 U.S.C. §3161(h)(8)(A).
3      The parties stipulate that the time between September 23, 2010, and December 16, 2010,
4  shall be excluded from the period of time within which trial must commence under the Speedy Trial
5  Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(8)(A),
6  considering the factors set forth in Section 3161(h)(8)(B).  As required by 18 U.S.C. §3161
7  (h)(8)(B)(iv), it is stipulated that the ends of justice outweigh the best interest of the public and the
8  defendant in a speedy trial and the denial of the stipulation to continue the status hearing would
9  unreasonably deny the defendants reasonable time necessary for effective preparation of the pretrial
10 motions and defense, taking into account the exercise of due diligence, and would deny the
11 defendant continuity of counsel.  18 U.S.C. §3161(h)(8)(B)(iv).
12     It is so stipulated.
13 Dated:    Sept. 16, 2010            Respectfully submitted,

14
                                      /s/ Vicki H. Young
15                                    VICKI H. YOUNG, ESQ.
                                      Attorney for Eduardo Subirats
16

17 Dated:    Sept. 16, 2010            /s/  Edwin K. Prather
                                      EDWIN K. PRATHER,  ESQ.
18                                    Attorney for Asaf Nass

19
   Dated:   Sept. 17, 2010            /s/   Garrick S. Lew
20                                    GARRICK S. LEW, ESQ.
                                      Attorney for Limor Gefen
21

22 Dated:    Sept. 16, 2010            /s/ Mark Eibert
                                      MARK EIBERT, ESQ.
23                                    Attorney for Daniel Rangel

24
   Dated:   Sept. 16, 2010            /s/   Sam Rabin
25                                    SAM RABIN, ESQ.
                                      Attorney for Randy Goldberg
26

STIP AND [PROPOSED]  ORDER

- 2 -

| | | |
|---|---|---|
| Dated: | Sept. 16, 2010 | /s/ Ronald Gainor<br>RONALD GAINOR, ESQ.<br>Attorney for Brandi Aycock |
| Dated: | Sept. 16, 2010 | /s/ Mark Arnold<br>MARK A. ARNOLD, ESQ.<br>Attorney for David Lamondin |
| Dated: | Sept. 16, 2010 | /s/ Hugh Levine<br>HUGH A. LEVINE, ESQ.<br>Attorney for Stuart Sheinfeld |
| Dated: | Sept. 16, 2010 | /s/ Lara Vinnard<br>AFPD LARA VINNARD<br>Attorney for Christopher Sariol |
| Dated: | Sept. 16, 2010 | MELINDA HAAG<br>UNITED STATES ATTORNEY<br><br>/s/ Jeffrey D. Nedrow<br>JEFFREY D. NEDROW<br>Assistant United States Attorney |

STIP AND [PROPOSED] ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | CR No.: CR 07-00788 JF |
| Plaintiff,   ) | |
| ) | [PROPOSED] ORDER FOR |
| v.   ) | CONTINUANCE OF |
| ) | STATUS DATE |
| AMIT EZYONI, et.al.,   ) | |
| ) | |
| Defendants.   ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the status date of Sept. 23, 2010, is continued to Dec. 16, 2010, at 10:00 a.m.

The Court finds the time between Sept. 23, 2010, and Dec. 16, 2010, is excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the efforts of government counsel to make arrangements to provide electronic copies of the voluminous discovery to defense counsel. For these reasons, there is good cause for the continuance and failure to grant the continuance would unreasonably deny the government and the defendants reasonable time necessary for effective case preparation taking into account the exercise of due diligence under 18 U.S.C. 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATE: 9/21/10

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

STIP AND [PROPOSED]  ORDER
- 4 -