RONALD GAINOR, Esq.
150 West Flagler Street
Suite 2701
Miami, Fl. 33130
(305) 371-4244 (office)
(305) 371-5930 (fax)
Gainorlaw@gmail.com

Attorney for Defendant Brandi C. Aycock

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. CR 07-00788-JF-8** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION REGARDING TRAVEL** |
| | ) | **IN FAVOR OF BRANDI AYCOCK** |
| **BRANDI C. AYCOCK,** | ) | |
| | ) | |
| Defendant. | ) | |

    It is hereby stipulated between counsel for Defendant Brandi Aycock and counsel for the United States of America that Ms. Aycock be allowed to travel to the State of New York to attend the funeral of a family member from September 22, 2011 to September 24, 2011. Ms. Aycock has always been and is presently in full compliance with all bond conditions. Ms. Aycock's Pretrial Services Officer, Kristen Moberg, has no objection to the stipulated travel.

Dated: September 19, 2011

                                                Law Offices of Ronald Gainor,

                                                /s/ Ronald Gainor_____
                                                Attorney for Brandi Aycock

                                                United States of America,

                                                /s/ Jeffrey Nedrow
                                                Attorney for the United States of America

# **ORDER**

**UPON THE STIPULATION OF** the Defendant Brandi Aycock and the United States of America and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** Defendant Brandi Aycock is authorized to travel to the State of New York from September 22, 2011 to September 24, 2011 to attend the funeral of her family member.

Dated: September 42, 2011

_Paul S. Grewal_
UNITED STATES MAGISTRATE JUDGE
