**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. CR 07-00788 LHK** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **DEFENDANT BRANDI C. AYCOCK'S** |
| **v.** | ) | **APPLICATION TO EXCUSE** |
| | ) | **PRESENCE AT STATUS** |
| | ) | **CONFERENCE** |
| **BRANDI C. AYCOCK , et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

    **UPON APPLICATION OF** defendant Brandi C. Aycock and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that Brandi C. Aycock's Unopposed Application to Excuse Presence at Status Conference is hereby **GRANTED**.

Dated: January 26, 2012

_Lucy H. Koh_

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE