**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                  )<br>            Plaintiff,                   )<br>                                                  )<br>            v.                               )<br>                                                  )<br>AMIT EZYONI, et.al.,              )<br>                                                  )<br>            Defendants.              )<br>_____) | CR No.: CR 07-00788 JF<br><br>[~~PROPOSED~~] ORDER FOR EXTENSION OF TIME FOR NOTIFICATION OF DEFENSE EXPERTS |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the date of January 31, 2012, for notification of defense experts be extended to February 28, 2012.

IT IS SO ORDERED.

DATE: __1/31/12__      *Lucy H. Koh*
                                    _____
                                    LUCY H. KOH
                                    UNITED STATES DISTRICT JUDGE

STIP AND [PROPOSED] ORDER