RONALD GAINOR, Esq.
150 West Flagler Street
Suite 2701
Miami, Fl. 33130
(305) 371-4244 (office) (305) 371-5930 (fax)
Gainorlaw@gmail.com

Attorney for Defendant Brandi C. Aycock

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | CASE NO. CR 07-00788-LHK |
| v. | STIPULATION TO EXTEND THE DEADLINE FOR DEFENSE EXPERT DISCLOSURES AND [PROPOSED] ORDER |
| BRANDI AYCOCK, et al.,<br>    Defendants. | |

It is hereby stipulated between counsel for the United States of America and counsel for Defendant Brandi Aycock that the February 28, 2012 deadline for all defendants to make expert disclosures is to be extended from February 28, 2012 to April 2, 2012.

The reason for this extension of time is to allow defense counsel additional time to review discovery provided by the Government and to identify appropriate experts. The Government designated its experts on January 2, 2012. The jury trial is currently set for August 6, 2012.

Dated:
February 27, 2012

                                              Law Offices of Ronald Gainor,

                                              /s/ Ronald Gainor
                                              Attorney for Brandi Aycock

                                              United States of America,

                                              /s/ Jeffrey Nedrow
                                              Attorney for the United States of America

1

## ORDER

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED THAT the deadline for all defendants to make expert disclosures is hereby extended to ~~April 2, 2012~~ March 26, 2012.

Dated: February 28, 2012

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Pretrial motions, motions in limine, jury instructions, and witness lists are due April 4, 2012. An expert disclosure deadline of April 2, 2012 is too late to meet the April 4 filing deadlines. The Court will not extend the filing deadlines again absent extraordinary circumstances and due diligence. Consequently, the request to extend defendants' expert disclosures to April 2 is denied. An extension of defendants' expert disclosures is only granted through March 26, 2012.

Lucy H Koh
U.S. District Judge

2/28/12

2