IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 07-00788 LHK |
| | ) | |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER GRANTING |
| | ) | DEFENDANT BRANDI C. AYCOCK'S |
| v. | ) | APPLICATION TO EXCUSE |
| | ) | PRESENCE AT STATUS |
| | ) | CONFERENCE |
| BRANDI C. AYCOCK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

UPON APPLICATION OF defendant Brandi C. Aycock and good cause appearing therefore,

IT IS HEREBY ORDERED *and motion to dismiss hearing* [LHK] that ~~Brandi C. Aycock's Unopposed~~ Application to Excuse Presence at Status Conference is hereby **GRANTED**.

Dated: March 13, 2012   *March 21, 2012* [LHK]

                                                    /s/ Lucy H. Koh
                                       HON. LUCY H. KOH
                                       UNITED STATES DISTRICT JUDGE