RONALD GAINOR, Esq.
150 West Flagler Street
Suite 2701
Miami, Fl. 33130
(305) 371-4244 (office)
(305) 371-5930 (fax)
Gainorlaw@gmail.com

Attorney for Defendant Brandi C. Aycock

> Rejected.
> This exhibit list is too vague. Defendant must refile with specific documents and bates numbers.
>
> 4/13/12  Lucy H. Koh
> U.S. District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

v.

BRANDI C. AYCOCK, et al.,
    Defendants.

CASE NO. CR 07-00788-LHK

EXHIBIT LIST OF
DEFENDANT BRANDI C. AYCOCK

---

    Brandi C. Aycock proposes the following exhibits:

1. All NMN Policies, Procedures and Plans of Action, including: Bonus Structures; Checklist for Call Monitoring; Customer Service Policies and Procedures; Customer Surveys; Customer Service Estimator Trends; Dispatch Policies and Procedures; Internal E-mails; Introductory Exams; Estimated Inventory Summary; Estimator User Guide; Estimator Training Flowchart; Household Goods Booking Checklist; Internal Memoranda; Handwritten Notes; Meeting Notes; Policies and Procedures Manual; Packing Guidelines; Penalty Logs; Phone Etiquette; Problem Logs; Sales Policies and Procedures; Scripts; Table of Measurements; Training Calendars; Training Notes for New Estimators;
2. Certain Agreements between NMN and its Carriers, including: 409 Agreements; Memoranda between NMN and its Carriers; Rights of First Refusal
3. Certain AY Customer Files and Documents, including: Rescission of Non-Binding Contracts; Weight Certificates
4. Certain Correspondence Between Attorneys for NMN and AY
5. Certain Documents related to the Department of Transportation and the Federal Motor Carrier Safety Administration's investigations of NMN
6. Certain NMN Customer Files and Documents, including: Customer Cancellations; Customer Change Requests; Customer Relations Important Information, Moving and Packing Tips; Deposit Agreement and Contracts;

7. Certain NMN Data Collection Materials, including: AY Rights of First Refusal Declined Moves; Aged Accounts Receivables; Agent Fees Due; Call Station Usage Summaries; Cancellations for Week; Conversion Production Cancellation Penalty Call Monitoring Documents; Estimator Original and Final Weight Analyses; Estimator Performance for Leads Booked; Estimator Sales Detail; Meet or Beat Documents; Monthly Agent Fees Due; Penalty Logs; Problem Logs Network Lists; Weight Overage Logs
8. Certain NMN Employee Personnel Documents, including: ADP Counseling Records; Employee Packets; Estimator Evaluations Sheets; Paychex Exit Interviews; Sales Job Description Agreements
9. Certain NMN Website Materials
10. Complaint and Settlement Agreement with National Van Lines
11. NMN Counseling Record
12. NMN AttentionAll NMNSalesStaff ReJobsBookedAfter3.3.03
13. NMN Bonus Structure 2005
14. NMN CallStationUsageSummary
15. NMN Checklist for Call Monitoring
16. NMN ConversionProductionCancellationPenaltyCallMonitoring
17. NMN Customer Cancellation Form
18. NMN Customer Change Request Form
19. NMN Customer Service Estimator Trends
20. NMN Customer Service Problem Log
21. NMN Deposit and Contract
22. NMN Estimated Inventory Summary
23. NMN Estimater User Guide
24. NMN Estimator Training Flowchart
25. NMN EstimatorEvaluationSheets
26. NMN EstimatorOrigAndFinalWeightAnalysis
27. NMN Paychex ExitnterviewBermudezFonseca
28. NMN Household Booking Checklist
29. NMN Improved Quality Assurance
30. NMN Improvements to Work On
31. NMN Introductory Exam
32. NMN OrderS for Service
33. NMN Packing Guidelines
34. NMN Packing Tips
35. NMN Penalty Log
36. NMN Policies and Procedures Manual
37. NMN Quality Control
38. NMN Reinstatement of Authority
39. NMN Script
40. NMN Table of Measurements
41. NMN Training Calendar

42. NMN Training Notes for New Estimators
43. NMN Weight Overage Log
44. All Exhibits on any Co-Defendant's Exhibit Lists

Dated: April 3, 2012                             Law Offices of Ronald Gainor,

                                                 s/ Ronald Gainor
                                                 Attorney for Brandi Aycock