RONALD GAINOR, Esq.
150 West Flagler Street
Suite 2701
Miami, Fl. 33130
(305) 371-4244 (office) (305)
371-5930 (fax)
Gainorlaw@gmail.com

Attorney for Defendant Brandi C. Aycock

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | CASE NO. CR 07-00788-LHK |
| v. | PROPOSED JURY INSTRUCTIONS BY<br>DEFENDANT BRANDI C. AYCOCK<br>Trial:   August 6, 2012<br>Time:   9:00 a.m. |
| BRANDI C. AYCOCK, et al.,<br>    Defendants. | Court:  Hon. Lucy H. Koh |

Brandi C. Aycock proposes the attached Jury Instructions.[1]

Dated: April 3, 2012                Law Offices of Ronald Gainor,

/s/ Ronald Gainor
Attorney for Brandi Aycock

[Handwritten: Rejected. Defendant must refile with sources for all of the jury instructions. 4/13/12   Lucy H. Koh, U.S. District Judge]

---

[1] Ms. Aycock reserves the right to file amended and additional jury instructions, including a theory of defense instruction.