UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 07-CR-788-LHK |
| Plaintiff, | ) ) | SETTLEMENT CONFERENCE ORDER |
| v. | ) ) | |
| EZYONI, ET AL., | ) ) | |
| Defendants. | ) ) | |

The Court has inquired as to judges' availability to hold settlement conferences on Wednesday, May 9, 2012, because all defendants and counsel will be present that day for the 10 a.m. hearing on pre-trial motions and motions in limine. United States District Judge Ronald M. Whyte is available all day on May 9, 2012 to hold settlement conferences in this case. Any defendant who is interested should file a statement of interest by noon on May 4, 2012, and contact Judge Whyte's Courtroom Deputy, Jackie Garcia, at Jackie_Garcia@cand.uscourts.gov as soon as possible to schedule the Settlement Conference.

**IT IS SO ORDERED.**

Dated: May 2, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 07-CR-788-LHK
SETTLEMENT CONFERENCE ORDER