UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.: 07-CR-788-LHK |
|---|---|---|
| Plaintiff, | ) | ORDER RE: CHANGE OF PLEA |
| v. | ) | HEARING AND SETTLEMENT |
| | ) | STATUS REPORTS |
| EZYONI, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

The Court specially set Friday, May 25, 2012 at 10 a.m. for change of plea hearings in this case. Thus far, only Defendant Sheinfeld has scheduled a change of plea for May 25, 2012 at 10 a.m.

By 6 p.m. on Wednesday, May 23, 2012, each defendant must file a settlement status report specifying:

(1) whether the defendant has reached a settlement in his or her case;

(2) if a settlement has been reached only in principle, but a plea agreement is still being negotiated, a deadline by which the parties will finalize the plea agreement;

(3) if a settlement has been reached, whether the defendant will change his or her plea on May 25, 2012 at 10 a.m.; and

(4) if a settlement has been reached, but a change of plea will not be entered on May 25, 2012 at 10 a.m., then when the defendant intends to change his or her plea.

**IT IS SO ORDERED.**

Dated: May 21, 2012

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

United States District Court
For the Northern District of California