Ronald Gainor, Esq.
Florida Bar No. 0606960
Amber Donner, Esq.
Florida Bar No. 600032
150 West Flagler Street
Suite 2701
Miami, FL 33130
Telephone: (305) 371-4244
Facsimile: (305) 371-5930
Email: Gainorlaw@gmail.com

Attorneys for Defendant Brandi C. Aycock, *Pro Hac Vice*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDI C. AYCOCK,<br><br>Defendant. | CASE # CR-07-788-LHK<br><br>UNOPPOSED MOTION BY DEFENDANT BRANDI C. AYCOCK FOR A LIMITED EXTENSION OF TIME TO COMPLETE DISCOVERY PRODUCTION<br><br>[~~Proposed~~] Order *Denying Motion for Extension of Time to Complete Discovery Production* |

Defendant, Brandi C. Aycock, hereby moves for an unopposed limited extension of time within which to complete discovery production and states as follows:

1.  Pursuant to the Corrected Case Management Order; Order Re: Motions in Limine; Pre-Trial Motions, and Motion Dismiss entered May 10, 2012, the Court imposed a June 6, 2012 deadline for all parties to complete discovery production (the "Discovery Cutoff").

2.  Undersigned counsel is diligently working toward the Discovery Cutoff but needs a limited extension until June 11, 2012.

3.  The Government has no objection to an extension of the Discovery Cutoff for all remaining defendants to June 11, 2012. Counsel for Randy Goldberg has advised that he supports the relief requested herein.

**ORDER**

~~Good cause appearing, it is hereby ordered that all remaining defendants shall complete their discovery production by June 11, 2012.~~

~~It is so Ordered.~~

Dated: _____

Lucy H. Koh
United States District Judge

Denied as to all defendants.

Dated: June 5, 2012

Lucy H. Koh
United States District Judge

- 3 -