Ronald Gainor, Esq.
Florida Bar No. 0606960
Amber Donner, Esq.
Florida Bar No. 600032
150 West Flagler Street
Suite 2701
Miami, FL  33130
Telephone:  (305) 371-4244
Facsimile:  (305) 371-5930
Email:  Gainorlaw@gmail.com

Attorneys for Defendant Brandi C. Aycock, *Pro Hac Vice*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     *Plaintiffs*,<br><br>v.<br><br>BRANDI C. AYCOCK,<br><br>     *Defendant*. | CASE # CR-07-788-LHK<br><br>**AMENDED UNOPPOSED MOTION BY DEFENDANT BRANDI C. AYCOCK FOR A LIMITED EXTENSION OF TIME TO COMPLETE DISCOVERY PRODUCTION**<br><br>[~~Proposed~~] Order |

Defendant, Brandi C. Aycock, hereby amends her request for an unopposed limited extension of time within which she must complete discovery production to be specific to her and states as follows:

1. Pursuant to the Corrected Case Management Order; Order Re: Motions in Limine; Pre-Trial Motions, and Motion Dismiss entered May 10, 2012, the Court imposed a June 6, 2012 deadline for Ms. Aycock to complete discovery production (the "Discovery Cutoff").

2. Undersigned counsel is diligently working toward the Discovery Cutoff but needs a limited extension until June 11, 2012.

3. The Government has no objection to an extension of the Discovery Cutoff for Ms. Aycock to June 11, 2012.

- 2 -

4.  The Government has also agreed to extend the Government imposed deadline to reach a settlement vis a vis Ms. Aycock to June 8, 2012.

Wherefore, Defendant Brandi C. Aycock requests an extension of time for Ms. Aycock to complete discovery production through and including June 11, 2012.

Dated: June 6, 2012                    Respectfully submitted,

**RONALD GAINOR, ESQ.**
150 West Flagler Street
Suite 2701
Miami, FL 33130
Tel: 305-371-4244
Fax: 305-371-5930
Email: Gainorlaw@gmail.com

*s/Ronald Gainor*
Ronald Gainor

**ORDER ON AMENDED MOTION FOR EXTENSION OF DISCOVERY CUTOFF BY DEFENDANT BRANDI C. AYCOCK**

Good cause appearing, it is hereby ordered that Ms. Aycock shall complete her discovery production by June 11, 2012.

It is so Ordered.

Dated: 6/6/12

Lucy H. Koh
United States District Judge