MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY B. SCHENK  (CABN 234355)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-mail: jeffrey.b.schenk@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-00788-LHK |
| Plaintiff, | PROTECTIVE ORDER |
| v. | |
| BRANDI AYCOCK, | |
| Defendant. | |

     The United States of America, by and through its attorneys, Melinda Haag, United States Attorney for the Northern District of California, and Jeff Schenk, Assistant U.S. Attorney, hereby moves this Court for an order authorizing the Government to furnish particular discovery pursuant to Federal Rule of Criminal Procedure 16 and <u>Giglio</u>.  This discovery, hereafter referred to as the "subject material," includes law enforcement personnel records, and personal identification information such as home addresses, dates of birth, etc.  Furthermore, the government seeks a Court order directing that defense counsel, the defendant, and any investigators or assistants not disclose these materials to anyone, except upon the express authorization of this Court.

The Court finds that there is good cause for issuance of such a protective order. Therefore, **IT IS ORDERED THAT**:

1. The contents of the subject material shall not be disclosed in any form to any other person by defense counsel except to the client, an investigator for the client, or staff person of defense counsel and then only for the specific purposes relating to defending the client in this case.

2. Unless expressly authorized by this Court, no information derived from the subject material, which is the subject of this order including but not limited to the persons names, residential addresses, dates of birth, and Social Security Numbers, may be disclosed to any individual or entity for any other use.

3. No photocopies shall be made of the subject material without express authorization of the Court. Nor shall the contents of the subject material be transcribed or duplicated by any other means.

4. Within ten (10) working days of the final judgment or other final disposition of the instant case, any and all subject material released under this Order shall be returned to the U.S. Attorney's Office whether or not a specific request has been made for the return of said documents. No information derived from the subject material may be used for any subsequent purpose or retained in any form including any database or files.

5. This Order applies to all attorneys associated with the above case who have knowledge of this Order regardless of the nature of their involvement in the case. This Order shall be binding on all subsequent attorneys who represent the defendant in this case or any other person who comes into possession of the subject material disclosed pursuant to this Order.

6. All persons who come into possession of the subject material disclosed pursuant to this Order are required to advise any other persons receiving disclosure of any of the subject material of the terms of this Order.

7. A willful violation of this Order shall constitute a criminal contempt of Court for which sanctions are provided by law. The parties who agree to receive information which is subject to

this Order agree that this Court has jurisdiction to enter this Order.

Dated: __8/2/12__                                    _____/s/ Lucy H. Koh_____
                                                     LUCY H. KOH
                                                     United States District Judge

By signing below, defense counsel acknowledges the terms of this protective order and undertakes the obligation to disclose the existence and terms of this Order to any other person who is authorized to receive the subject material, including the defendant, investigators, staff and subsequent attorneys authorized to represent the defendant.

Dated: _7/30/12_____                            __/s/_____
                                                    RON GAINOR
                                                    AMBER DONNER
                                                    Counsel for BRANDI AYCOCK


                                                    MELINDA HAAG
                                                    United States Attorney


Dated: __7/30/12_____                            ____/s/_____
                                                    JEFF SCHENK
                                                    Assistant United States Attorney

PROTECTIVE ORDER                3