UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRANDI AYCOCK,<br><br>    Defendant. | Case No.: CR 07-788 EJD<br><br>[PROPOSED] ORDER FOR RETURN OF PASSPORT |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby Orders that the U.S. Passport in the name of Brandi Aycock, previously surrendered to the U.S. District Court, be returned to Ms. Aycock forthwith.

SO ORDERED

DATED: 9/28/2012

_____
Honorable Edward J. Davila
United States District Court Judge