Ronald Gainor, Esq.
Florida Bar No. 0606960
Amber Donner, Esq.
Florida Bar No. 600032
150 West Flagler Street
Suite 2701
Miami, FL  33130
Telephone:  (305) 371-4244
Facsimile:  (305) 371-5930
Email:  Gainorlaw@gmail.com

Attorneys for Defendant Brandi C. Aycock, *Pro Hac Vice*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiffs*,<br><br>v.<br><br>BRANDI C. AYCOCK,<br><br>  *Defendant*. | CASE # CR-07-788-EJD<br><br>**UNOPPOSED MOTION BY DEFENDANT BRANDI C. AYCOCK FOR DISCHARGE OF BOND**<br><br>[Proposed] Order |

Defendant, Brandi C. Aycock, hereby requests a discharge of bond posted in her case and states as follows:

1. On January 18, 2008, Ms. Aycock posted a $200,000 corporate surety bond under Southern District of Florida Case No 08-mj-6015-LSS, power number IS250K-3060. This bond was transferred to Northern District of California. See attached documents.

2. On September 28, 2012, this case was closed by way of a plea settlement.

3. The Government has no objection to a discharge of bond in this case.

Wherefore, Defendant Brandi C. Aycock requests that the bond in this matter be discharged.

Dated: October 8, 2012　　　　　　　Respectfully submitted,

**RONALD GAINOR, ESQ.**
150 West Flagler Street
Suite 2701
Miami, FL 33130
Tel: 305-371-4244
Fax: 305-371-5930
Email: Gainorlaw@gmail.com

*s/Ronald Gainor*
Ronald Gainor

**ORDER ON MOTION FOR DISCHARGE OF BOND BY DEFENDANT BRANDI C. AYCOCK**

Good cause appearing, it is hereby ordered that the bond that was posted in this case under Southern District of Florida Case Number 08-mj-6015-LSS, under power number IS250K-3060 be discharged.

It is so Ordered.

Dated:  October 9, 2012

EDWARD DAVILA
United States District Judge